UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIZENS BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>NIRMAL MULYE, *et al.*,<br><br>Defendants. | Civil Action No. 23-545 (RK) (RLS)<br>(CONSOLIDATED)<br><br>**ORDER GRANTING**<br>**SUMMARY JUDGMENT** |

**KIRSCH, District Judge**

**THIS MATTER** comes before the Court upon Plaintiff Citizens Bank, N.A.'s ("Plaintiff") Motion for Summary Judgment. (ECF No. 64, the "Motion") against Defendant Nirmal Mulye ("Defendant"). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's Opinion filed on this date, and for good cause shown,

**IT IS** on this 20th day of November, 2024,

**ORDERED** that Plaintiff' Motion for Summary Judgment (ECF No. 64) against Defendant Nirmal Mulye is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motion pending at ECF No. 64; and it is further

**ORDERED** that Plaintiff is directed to prepare a proposed order, within 20 days, setting forth the amount due, including applicable interest accrued, as of the date of this Order, consistent with the undisputed amount as of May 15, 2024 (P-SOF ¶ 64; D-RSOF ¶ 64); and it is further

**ORDERED** that Plaintiff must first submit the proposed order to defense counsel for their review and approval prior to submitting to the Court; and it is further

**ORDERED** that pursuant to §§ 15 and 22 of the Guaranty Agreement (ECF No. 64-4 at 256, 57) and § 11 of the Forbearance Agreement (ECF No. 64-4 at 324), Citizens is entitled to reasonable attorneys' fees and costs. In the event Citizens seeks same, they are advised to file the Motion with the appropriate documentation to the Honorable Rukhsanah L. Singh.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**