IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIZENS BANK, N.A., | : |
| Plaintiff, | : |
| v. | : No. 3:23-cv-00545-RK |
| | : **ORDER** |
| NIRMAL MULYE, | : |
| Defendant. | : |

**IT IS** on this 19th day of December, 2024 hereby

**ORDERED** that Citizens Bank, N.A., shall be awarded $17,532,315.01, plus interest accruing at a rate of 4.1% *per annum* from and after November 25, 2024.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**