UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIZENS BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>NIRMAL MULYE, *et al.*,<br><br>Defendants. | Civil Action No. 23-545 (RK) (RLS)<br>(CONSOLIDATED)<br><br>**FINAL JUDGMENT** |

**KIRSCH, District Judge**

For the reasons set forth in the Court's Letter Order dated today, and for good cause shown,

**IT IS** on this 25th day of February, 2025 that **JUDGMENT** is **ENTERED** against Nostrum Pharmaceuticals, LLC in the amount of $17,387,126.80 plus interest accruing at a rate of 4.1% from and after February 25, 2025.

_____
ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE